FILED
May 11, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

CAUSE NO.
03-13-00075CV

TEXAS COURT OF APPEALS
AT AUSTIN

MICHAEL W. CARPENTER §

APPELLANT §

v. §

STATE OF TEXAS §

APPEALLEE §

May ~~APRIL~~ 7, 2015

M.W.C.

## NOTICE AND MOTION FOR REHEARING

COMES NOW, MICHAEL W. CARPENTER APPELLANT GIVING HIS NOTICE AND MOTION FOR A REHEARING TO THE JUDGEMENT THAT WAS RENDERED ON THE 28th DAY OF APRIL 2015 IN THE ABOVE CAUSE NUMBER.

## PRAYER

IS TO GRANT THE REHEARING AS REQUESTED.

## CERTIFICATE OF SERVICE

I DO SODOMLY SWEAR A EXACT COPIES WERE SENT TO THE OTHER PARTIES INVOLVED. OFFICE OF GENERAL COUNSEL:HAYS COUNTY,TX. 111 E.SAN ANTONIO STREET SUITE #202 SAN MARCOS,TEXAS 78666.

RESPECTFULLY SUBMITTED,

MICHAEL W. CARPENTER 1201045
PRO-SE APPELLANT
1697 FM 980
HUNTSVILLE, TEXAS ,77343

5-7-15

RECEIVED
MAY 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Dear Clerk of the Court,

5-7-15

Please locate and file accordingly my -Notice- And Motion for a Re-hearing.

Respectfuly,

Michael Carpenter

RECEIVED
MAY 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Michael Carpenter #1201045
Ellis 1697 Fm 980
Huntsville, Tx. 77343

THE RUN HOUSTON TX 77
08 MAY 2015 PM 8 L

Court of Appeals
Third District
P.O. Box 12547
Austin, Tx. 78711-2547

787112547474

7871125474747